UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Disciplinary Matter of<br><br>ATTORNEY DISCIPLINARY ACTIONS<br>_____ | ORDER OF DISBARMENT/SUSPENSION |

On December 29, 2011, the Court issued a number of Orders to Show Cause why certain attorneys should not be disbarred or suspended from the Bar of this Court as a result of suspension or disbarment from the Supreme Court of California or of any United States Court, resignation with charges pending accepted by the Supreme Court of California, or enrollment as an involuntary inactive member of the State Bar of California with cases pending in this Court. Written responses to each Order to Show Cause were due thirty (30) days from the date of the Order to Show Cause.   The Court has not received a response to its December 29, 2011 Orders to Show Cause from any attorney listed in Attachment "A" to this Order, unless otherwise noted therein. IT IS THEREFORE ORDERED that the attorneys listed in Attachment "A" to this Order are suspended or disbarred from the practice of law in this Court pursuant to Rule 83-3.2 of the Local Rules for the Central District of California.

1       IT IS FURTHER ORDERED that any attorney listed in Attachment
2 "A" to this Order who has been suspended or disbarred from the Bar of this Court
3 will be reinstated upon proof of his or her reinstatement as an active member in
4 good standing with the State Bar of California.
5       An attorney registered to use the Court's Electronic Case Filing
6 System (ECF) who is suspended or disbarred by this Court will not have access to
7 file documents electronically until the attorney has been reinstated by the State Bar
8 of California and reinstated to the Bar of this Court.
9       This Order is being served pursuant to Federal Rule of Civil
10 Procedure 5  to the current addresses of the attorneys listed in Attachment "A" as
11 on file with the State Bar of California or as on file with the Court's CM/ECF
12 system as of December 29, 2011.
13
14     DATE:   February 22, 2012
15
16
17                                                             *Audrey B. Collins*
18                                                          Audrey B. Collins
19                                                 Chief United States District Judge
20
21
22
23
24
25
26
27
28

<u>Attachment A</u>

<u>Disbarment</u>

1. Jeffrey Martin Jones, #125421, MC-11-522 ABC
*2. Andrew Levy, #153999, MC-11-523 ABC
     *Liberty v. Mortgage*, CV-10-9219 ODW (PJWx)
3. Walter R. Luostari, #94326, MC-11-524 ABC
4. James Allen Macy, #57677, MC-11-525 ABC
5. Ricardo Anthony Torres, II, #164848, MC-11-526 ABC

<u>Suspension</u>

1. Jeremy Scott Brenman, #207073, MC-11-528 ABC
2. Stephen Charles Hollingsworth, #200609, MC-11-529 ABC
3. James Syme Partridge, #136207, MC-11-532 ABC
4. Khosro Reghabi, #206339, MC-11-533 ABC
5. Keith Hammond Bray, #219586, MC-11-534 ABC
6. Kenneth Sidney Kleeger, #102763, MC-11-535 ABC
7. Jack Neil Swickard, #135429, MC-11-536 ABC

*Has an active case pending in this Court as of December 29, 2011.

All of the above-named attorneys were served at the current address as on file with the Court's CM/ECF system on December 29, 2011.